UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>PANOPTO, INC.,<br><br>             Defendant. | Case No. 1:21-cv-01622-RGA<br><br>JURY TRIAL DEMANDED |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

    IT IS HEREBY STIPULATED BY Plaintiff, Onstream Media Corporation, that the deadline for Defendant Panopto, Inc. to answer or otherwise respond to Plaintiff's complaint is extended for thirty days, up to and including July 18, 2022. The current deadline for Defendant to answer or otherwise respond to the complaint is June 17, 2022. Plaintiff seeks an extension up to and including July 18, 2022 as the new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint. Plaintiff's counsel has conferred with Defendant and Defendant does not oppose this motion.

June 13, 2022

Of Counsel:
Ronald M. Daignault*
Chandran B. Iyer
Oded Burger*
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
oburger@daignaultiyer.com
*Not admitted in Virginia

Respectfully submitted,

/s/ *Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street – Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*
*Onstream Media Corporation*

IT IS SO ORDERED this _____ day of _____, 2022.

                                                                                                    _____
                                                                                                    United States District Judge